IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADP, INC. and ADP COMMERCIAL
LEASING, LLC,

      Plaintiffs,                  No. CIV S-07-2439 JAM DAD

  v.

WILLITS MOTORS OF
SUSANVILLE, INC.,

      Defendant.                ORDER

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(19).

        On April 14, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days after being served with the findings and recommendations. On May 6, 2008, pursuant to the magistrate judge's order, plaintiff served the findings and recommendations on defendant, who has not appeared in the action. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 14, 2008, are adopted in full;

2. Plaintiffs' February 27, 2008 motion for entry of default judgment is granted; and

3. Judgment shall be entered for plaintiffs as follows:

    a. Plaintiff ADP, Inc. shall recover from defendant actual damages in the amount of $87,037.13, pre-judgment interest in the amount of $7,732.91 for the period from September 30, 2007 through February 27, 2008, and pre-judgment interest in the amount of $43.04 per day from February 28, 2008 until the date of judgment;

    b. Plaintiff ADP Commercial Leasing, LLC shall recover from defendant actual damages in the amount of $33,403.98, pre-judgment interest in the amount of $5,021.95 for the period from May 31, 2007 through February 27, 2008, and pre-judgment interest in the amount of $16.68 per day from February 28, 2008 until the date of judgment;

    c. Plaintiffs shall recover from defendant post-judgment interest on all sums awarded to plaintiffs at the rate of 2.08% per annum until paid in full; and

    d. Plaintiffs shall recover from defendant fees and costs in the amount of $1,789.14.

DATED: 9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE